**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
11 FEB 18 PM 5:27
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ 
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>       vs.<br><br>AMALIA MONDRAGON-CARRILLO<br>(1),<br><br>                  Defendant. | CASE NO. 11CR0018-BEN<br><br><br>**JUDGMENT OF DISMISSAL** |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of the Information: **TITLE 8 U.S.C. §1326(a)and(b)**.


       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 14, 2011

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE